In the Matter of the Accounting of TITLE GUARANTEE AND TRUST COMPANY, as Trustee of a Trust Created by RICHARD HELLMAN, Respondent. RICHARD HELLMAN, Appellant; HERBERT BROWNELL, JR., as Attorney General of the United States, as Successor to the Alien Property Custodian, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent Attorney General of the United States. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

ALVA JOSEPH, Plaintiff, v. ATLANTIC BASIN IRON WORKS (INC.), Defendant. ATLANTIC BASIN IRON WORKS (INC.), Third-Party Plaintiff-Respondent, v. HOWARD F. KNIPP, Doing Business as JOHN C. KNIPP AND SONS, et al., Third-Party Defendants-Appellants. HOWARD F. KNIPP et al., Fourth-Party Plaintiffs, v. EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Fourth-Party Defendant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

In the Matter of LOUIS TANNENBAUM et al., Appellants, against JOHN F. O'CONNELL et al., Individually and Constituting the State Liquor Authority, Respondents, and P & S WINE & LIQUOR STORE, INC., Intervenor-Respondent.— Orders, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

In the Matter of LOUIS SILVERSTEIN et al., Copartners Doing Business under the Name of L. SILVERSTEIN & SONS, Appellants, against GENERAL DISPLAY CASE CO., INC., Defendant, and EMIL KOUDELKA, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

In the Matter of the Estate of HUGO ZIETZ, SR., Deceased. WILLIE ZIETZ, as Ancillary Administrator with the Will Annexed of HUGO ZIETZ, SR., Deceased, Respondent; MADELEINE ZIETZ-HALMOS, Appellant. In the Matter of the Estate of HEDWIG ZIETZ, Deceased. WILLIE ZIETZ, as Administrator of the Estate of HEDWIG ZIETZ, Deceased, Respondent; MADELEINE ZIETZ-HALMOS, Appellant. In the Matter of the Estate of HUGO ZIETZ, JR., Deceased. WILLIE ZIETZ, as Administrator of the Estate of HUGO ZIETZ, JR., Deceased, Respondent; MADELEINE ZIETZ-HALMOS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [207 Misc. 22.]

■

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM YARMARK.— Motion to dismiss appeal granted. The action of the trial court on April 5, 1955, was an order revoking prior suspension of sentence and directing execution of the final judgment of March 3, 1955. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.